# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

| | | |
|---|---|---|
| MICHAEL JUSTIN WINDERS, <br> Reg. #57321-509, | * <br> * <br> * | |
| Petitioner, | * | |
| v. | * | No. 2:24-cv-00226-JJV |
| | * | |
| CRAIG STALHOOD, Acting Warden, <br> FCI – Forrest City Low, | * <br> * <br> * | |
| Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day (Doc. No. 15), it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 4th day of March 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE